ALFRED J. SCHWABE and WILLIAM R. CHAINE, Formerly Copartners Doing Business under the Firm Name and Style of ALFRED J. SCHWABE & Co., in the City of London, England, Respondents, v. ALADAR WALTER HERZOG, Appellant.

Appeal from an order granting a judgment on the pleadings.

PER CURIAM: The order appealed from should be affirmed, with ten dollars costs and disbursements, with leave to the defendant to apply at Special Term to be allowed to serve an amended answer upon presenting to the court an answer which sets up some defense to the complaint, on payment of costs in this court and in the court below.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.  Ingraham, P. J., dissented on the ground that the allegations of the answer are sufficient to raise an issue, and that there is a good cause of action for a copartnership accounting alleged in the counterclaim.  Order affirmed, with ten dollars costs and disbursements, with leave to defendant to apply at Special Term, as stated in opinion.  Order to be settled on notice.

---

YELLOW TAXICAB COMPANY, Appellant, v. WILLIAM J. GAYNOR, as Mayor of the City of New York, and Others, Respondents.

Appeal from order, entered in the office of the clerk of the county of New York, granting defendants permission to examine certain books, papers, documents and property belonging to and in the possession of the plaintiff.

PER CURIAM: The facts which the defendants seek to ascertain by this discovery and examination relate solely to matters upon which the plaintiff has the burden of proof before it can get any relief in this action. (Lawson v. Hotchkiss, 140 App. Div. 297.)  The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.  Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

Reginald de M. Wentworth, Respondent, v. Leon C. Riggs, Appellant.— Determination reversed and complaint dismissed, with costs, on dissenting opinion of Seabury, J., at the Appellate Term.  (Reported in 79 Misc. Rep. 403.)  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissenting.

In the Matter of the Application of Joseph R. Swan and Others, Composing the Firm of Swan, Beardsley & Moore, Respondents, for an Order Directing Lawrence E Brown, as Committee, etc., of Augusta Hyatt, an Incompetent Person, and the Union Trust Company, as Receiver, etc., to Pay the Amount of a Certain Bill.  I. Townsend Burden, Jr., as Temporary Administrator, etc., and George Hyatt Robinson, Appellants.—Appeal dismissed, with ten dollars costs.  No opinion.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.